Paul Savad (PS 5358)
Paul Savad & Associates
Attorneys for Plaintiff DataBit, Inc.
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DATABIT, INC.,

                              Plaintiff,         Case No. 08cv1229
                                              (MGC)(AJP)

      -against-

MORDECHAI HANINOVICH, OSI KAMINER,     **NOTICE OF APPEARANCE**
JOHN DOE #1, JOHN DOE #2 AND
JOHN DOE #3,

                              Defendants.
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Plaintiff.

    I certify that I am admitted to practice in this Court.

Dated: February 7, 2008

                                                          _____
                                                          Paul Savad, Esq. (PS 5358)
                                                          Paul Savad & Associates
                                                          Attorneys for Plaintiff
                                                          55 Old Turnpike Road, Suite 209
                                                          Nanuet, New York 10954
                                                          (845) 624-3820

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Paul Savad, Esq. (PS 5358)