Paul Savad (PS 5358)
Paul Savad & Associates
Attorneys for Plaintiff DataBit, Inc.
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DATABIT, INC.,

         Plaintiff,    Case No. 08cv1229
               (MGC)(AJP)

   -against-

MORDECHAI HANINOVICH, OSI KAMINER,  **RULE 7.1 STATEMENT**
JOHN DOE #1, JOHN DOE #2 AND
JOHN DOE #3,

         Defendants.
-----------------------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, DataBit, Inc., certifies that there are no parent corporations or publicly held corporations owning 10% or more of its stocks.

Dated: February 8, 2008

               _____
               PAUL SAVAD (PS 5358)
               Paul Savad & Associates
               Attorneys for Plaintiff
               55 Old Turnpike Road, Suite 209
               Nanuet, New York 10954
               (845) 624-3820