UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DATABIT INC.,                                         Case No. 08cv1229
                                                      (MGC)(AJP)
                              Plaintiff,

                                                      **CERTIFICATE OF SERVICE**

       - against -

MORDECHAI HANINOVICH, OSI KAMINER,
JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3,

                              Defendants.
------------------------------------------------------------------------X

       I, Susan Cooper, hereby certify that on this 12th day of February, 2008, I

caused Plaintiffs' Order to Show Cause with Exhibits and Affidavits, and

Memorandum of Law in to be served by UPS Overnight Mail, upon the following:

    Honorable Miriam Goldman Cedarbaum
    United States District Court
    Southern District of New York
    United States Courthouse
    500 Pearl Street, Room 1330
    New York, New York 10007-1312

    Steven M. Kaplan, Esq.
    Kaplan & Levenson, P.C.
    630 Third Avenue, 5th Floor
    New York, New York 10017

    Osi Kaminer
    57 Park Terrace East
    Apt. B36
    New York, New York 10034

    Jennifer B. Rubin, Esq.
    Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
    Believed to be attorneys for one or more of the John Doe's
    Chrysler Center
    666 Third Avenue
    New York, New York 10017

PAUL SAVAD & ASSOCIATES

By: _____
Susan Cooper
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

Sworn to before me on this 12th
day of February, 2008

_____
Notary Public

Paul Savad
Notary Public, State of New York
No. 02SA6075754
Qualified in Rockland County
Commission Expires 06/10/09

Morgenstern\motions\Cert of Service.doc