AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       NEW YORK

## APPEARANCE

Case Number:  08cv1229(MGC)(AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Osnat Kaminer.

I certify that I am admitted to practice in this court.



| 2/28/2008 | |
| --- | --- |
| Date | Signature |
| | Jennifer B. Rubin      JR-3221 |
| | Print Name      Bar Number |
| | 666 Third Avenue |
| | Address |
| | New York    NY    10017 |
| | City    State    Zip Code |
| | (212) 935-3000      (212) 983-3115 |
| | Phone Number      Fax Number |