AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-25-08 |
| NAME OF SERVER (PRINT) George R. Bean Sr | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ADVANCED SOLUTIONS & SUPPLY LLC 767 Third Ave NY NY 10024 6th floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-25-08
_Date_

_Signature of Server_ George R Bean

_Address of Server_ 10 Water Mill Ct. Valley Cottage NJ 10989.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.