AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08cv1229(MGC)(AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Oded Levy.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/4/2008 | _(signature)_ |
| Date | Signature |
| | Jennifer B. Rubin — JR-3221 |
| | Print Name / Bar Number |
| | 666 Third Avenue |
| | Address |
| | New York, NY, 10017 |
| | City / State / Zip Code |
| | (212) 935-3000 / (212) 983-3115 |
| | Phone Number / Fax Number |