Jennifer B. Rubin (JR 3221)
e-mail: jbrubin@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY & POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
Tel:   (212) 935-3000
Fax:   (212) 983-3115

*Attorneys for Defendants Osi Kaminer and Oded Levy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DATABIT, INC.

                Plaintiff,

   -against-

MORDECHAI HANINOVICH; OSI KAMINER;
ODED LEVY; ADVANCED SOLUTIONS &
SUPPLY LLC; and JOHN DOE, being and intended
to be an individual or entity using DataBit Inc.'s
proprietary information,

                Defendants.
------------------------------------X

No. 08 Civ.1229 (MGC)(AJP)

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Motion to Dismiss by defendants Oded Levy and Osnat Kaminer, and all prior pleadings and proceedings in this action, including Plaintiff's Amended Verified Complaint, dated February 21, 2008, defendants Oded Levy and Osnat Kaminer, through their undersigned counsel, will move this Court at 9:30 a.m., on April 10, 2008, or as soon thereafter as counsel may be heard, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing plaintiff's Amended Complaint because it fails to state a cause of action.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Individual Practices of Judge Miriam Goldman Cedarbaum, answering papers, if any, must be filed and served by noon on April 2, 2008 and any reply memoranda of law must be filed and served by noon on April 8, 2008.

Dated: March 17, 2008
New York, New York

                         MINTZ LEVIN COHN FERRIS
                         GLOVSKY and POPEO, P.C.

                     By: _____
                        Jennifer B. Rubin (JR 3221)
                        e-mail: jbrubin@mintz.com
                        Chrysler Center
                        666 Third Avenue
                        New York, NY 10017
                        Tele:(212) 935-3000
                        Fax:(212) 983-3115

                        *Attorneys for Defendants*
                        *Osi Kaminer and Oded Levy (movants)*

To:     Paul Savad, Esq.
         Law Offices of Paul Savad & Associates
         55 Old Turnpike Road - Suite 209
         Nanuet, NY 10954

         *Attorneys for Plaintiff DataBit, Inc.*

         Stephen Kaplan, Esq.
         Kaplan & Levenson LLP
         630 Third Avenue, 5th Floor
         New York, NY 10017

         *Attorneys for Defendants*
         *Mordechai Haninovich & Advanced Solutions & Supply LLC*

4276128v.1