Steven M. Kaplan (SK 6909)
Kaplan & Levenson P.C.
*Attorneys for Defendants Haninovich*
  *and Advanced Solutions & Supply, LLC*
630 Third Avenue
New York, NY 10017
212.983.6900

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------<br>DATBIT, INC.,<br><br>      Plaintiff,<br><br>      -against-<br><br>MORDECHAI HANINOVICH, OSI KAMINER,<br>ODED LEVY, ADVANCED SOLUTIONS &<br>SUPPLY, LLC and JOHN DOE,<br><br>      Defendants.<br>------------------------------------------------------------------- | *ECF CASE*<br><br><br><br>Case No. 08 CV 1229 (MGC)(AJP)<br><br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Advanced Solutions & Supply, LLC and Mordechai Haninovich certifies that Advanced Solutions & Supply, LLC is a private (non-governmental) party that has no parent or subsidiary corporations.

Dated:  New York, NY
         March 19, 2008

                                                KAPLAN & LEVENSON P.C.
                                                *Attorneys for Haninovich and*
                                                   *Advanced Solutions & Supply, LLC*
                                                   630 Third Avenue
                                                   New York, NY 10017
                                                   212.983.6900

                                                   By:_____
                                                        Steven M. Kaplan (SK 6909)

{00090717.1 \ 1156-001}