*(handwritten)*

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 4/9/08          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
DATABIT, INC.

              Plaintiff,

    -against-

MORDECHAI HANINOVICH; OSI KAMINER;
ODED LEVY; ADVANCED SOLUTIONS &
SUPPLY LLC; and JOHN DOE, being and intended
to be an individual or entity using DataBit Inc.'s
proprietary information,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

No. 08 Civ.1229 (MGC)(AJP)

**STIPULATION AND ORDER**

WHEREAS, Defendants Osi Kaminer and Oded Levy moved to dismiss Plaintiff's Complaint on March 17, 2008;

WHEREAS, the return date of Defendants Motion is April 10, 2008;

WHEREAS, the parties are engaged in settlement discussions and require additional time to consummate a settlement without expending fees on the pending Motion;

WHEREAS, the parties have agreed to the following adjournments:

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel of record for the parties herein, that the return date for Defendants Osi Kaminer and Oded Levy's Motion to Dismiss is adjourned from April 10, 2008 to May 8, 2008; and it is further

STIPULATED AND AGREED, that Plaintiff DataBit, Inc.'s time to respond to Defendants Osi Kaminer and Oded Levy's Motion to Dismiss is adjourned from April 2, 2008 to April 30, 2008; and it is further;

**STIPULATED AND AGREED**, that Defendants Osi Kaminer and Oded Levy's

time to file any reply papers is adjourned from April 8, 2008 to May 6, 2008.

Dated: April 2, 2008
New York, New York

MINTZ LEVIN COHN FERRIS
GLOVSKY and POPEO, P.C.

By: _____

Jennifer B. Rubin (JR 3221)
e-mail: jbrubin@mintz.com
Chrysler Center
666 Third Avenue
New York, NY 10017
Tel: (212) 935-3000

*Attorneys for Defendants*
*Osi Kaminer and Oded Levy*

KAPLAN & LEVENSON P.C.

By: _____ -on consent

Stephen Kaplan (SK 6909)
e-mail: smk@kaplev.com
630 Third Avenue, 5th Floor
New York, NY 10017
Tel: (212) 983-6900

*Attorneys for Defendants*
*Mordechai Haninovich &*
*Advanced Solutions & Supply LLC*

LAW OFFICES OF
PAUL SAVAD & ASSOCIATES

By: _____ -on consent

Paul Savad (PS 5358)
e-mail: paul@savadlaw.com
55 Old Turnpike Road
Suite 209
Nanuet, NY 10954
Tel: (845) 624-3820

*Attorneys for Plaintiff*
*DataBit, Inc.*

SO ORDERED: April 8, 2008

_____
U.S.D.J.

4295718v 2

2