*(Cedarbaum J)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DATABIT INC.,

                              Plaintiff,        Case No. 08cv1229 (MGC)

-against-

MORDECHAI HANINOVICH; OSI KAMINER;       STIPULATION OF
ODED LEVY; ADVANCED SOLUTIONS &             DISMISSAL
SUPPLY LLC; and JOHN DOE, being and
intended to be an individual or entity using
DataBit Inc.'s proprietary information,

                          Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the parties' Settlement Agreement, all claims asserted by the plaintiff and all counter-claims asserted by defendants are dismissed with prejudice, and without costs.

Dated: April 30, 2008

| PAUL SAVAD & ASSOCIATES | KAPLAN & LEVENSON, P.C. |
|---|---|
| By: _____ | By: _____ |
| Laura M. Feigenbaum (LF 2998) | Steven M. Kaplan (SK 6909) *with permission* |
| 55 Old Turnpike Road, Suite 209 | 630 Third Avenue, 5th Floor |
| Nanuet, New York 10954 | New York, New York 10017 |
| (845) 624-3820 | (212) 983-6900 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *DataBit, Inc.* | *Mordechai Haninovich &* |
| | *Advanced Solutions & Supply, LLC* |

*Close Case*

MINTZ LEVIN COHN FERRIS CLOVSKY POPEO, P.C.

By: _Jennifer B. Rubin / by Susan Cooper with permission_
    Jennifer B. Rubin, Esq. (JR 3221)
    Chrysler Center
    666 Third Avenue
    New York, New York 10017
    (212) 935-3000

    *Attorneys for Defendants Osi Kaminer*
    *& Oded Levy*

DataBit/Stip of discont042408.doc

So ordered.
May 1, 2008
S/
    United States District Judge